UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

—————————

No. 01-6826
(CR-90-84, CA-01-35-1-V)

—————————

United States of America,

                                         Plaintiff - Appellee,

     versus

Andre Brown,

                                      Defendant - Appellant.

—————————

O R D E R

—————————

The court amends its opinion filed September 18, 2001, as follows:

On the cover sheet, section 5 -- the panel information is corrected to read "Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges."

For the Court - By Direction

/s/ Patricia S. Connor
Clerk

<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6826**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

    versus

ANDRE BROWN,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Richard L. Voorhees, District Judge. (CR-90-84, CA-01-35-1-V)

———————

Submitted: September 6, 2001    Decided: September 18, 2001

———————

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Andre Brown, Appellant Pro Se. Jill Westmoreland Rose, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Andre Brown seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss substantially on the reasoning of the district court.  <u>See</u> <u>United States v. Brown</u>, Nos. CR-90-84; CA-01-35-1-V (W.D.N.C. filed Mar. 1, entered Mar. 6, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

3